JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RUBEN LOPEZ,<br><br>      Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, et al.,<br><br>      Respondent. | NO. CV 15-6357-JFW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed.

DATED: December 8, 2015

                                      JOHN F. WALTER
                                     United States District Judge